**Clarine STEPHENS, Appellant**

v.

**Michael WYNNE, Secretary of the Air Force, Appellee.**

**No. 06–5176.**

United States Court of Appeals, District of Columbia Circuit.

Oct. 13, 2006.

Rehearing En Banc Denied Jan. 10, 2007.

Clarine Stephens, Washington, DC, for Appellant.

R. Craig Lawrence, Assistant U.S. Attorney, U.S. Attorney's Office, Washington, DC, for Appellee.

Before: GINSBURG, Chief Judge, and SENTELLE and TATEL, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed May 18, 2006 be affirmed. The district court correctly held that appellant's present complaint concerning her 1992 termination is barred by the doctrine of res judicata. *See, e.g., Parklane Hosiery Co. v. Shore*, 439 U.S. 322, 326 n. 5, 99 S.Ct. 645, 58 L.Ed.2d 552 (1979). Moreover, the court did not abuse its discretion in barring appellant from filing future complaints relating to her termination, after giving her notice and an opportunity to be heard on the matter. *See, e.g., In re Powell*, 851 F.2d 427, 431 (D.C.Cir.1988).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.